IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEVI CHAVEZ,

    Plaintiff,

vs.                                         Civ. No. 15-619 KG/KK

AARON JONES, in his official capacity
as a Valencia County Sheriff's Office detective,
and in his individual capacity,
AND
THE BOARD OF COUNTY COMMISSIONERS FOR
VALENCIA COUNTY NEW MEXICO,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's "Rule 56(d) Affidavit of Hans Voss Regarding Doc. [35]," filed June 28, 2017, and Plaintiff's "Opposed Motion Requesting an Order Allowing the Plaintiff to Depose James Mowduk and File a Response to the Defendants' Motion for Summary Judgment Doc [35] Thereafter or in the Alternative an Order Allowing the Plaintiff to File a Response Out of Time," filed June 29, 2017, collectively, the Motion. (Docs. 41 and 42). Defendants filed a response on July 13, 2017, and Plaintiff filed a reply on July 27, 2017. (Docs. 43 and 44). On August 28, 2107, the Court held a telephonic hearing on the Motion at which Hans Voss represented Plaintiff and David Roman represented Defendants.

Having considered the Motion, the briefing, and the argument of counsel at the telephonic hearing, and for the reasons stated on the record at that hearing,

IT IS ORDERED that the Motion (Docs. 41 and 42) is granted in part in that

1. Plaintiff has until 5:00 p.m. on August 29, 2017, to file his response to Defendants' Motion for Summary Judgment on the Basis of Qualified Immunity and Memorandum in Support (Doc. 35); and

2. Defendants have until 5:00 p.m. on September 12, 2017, to file a reply.

_____
UNITED STATES DISTRICT JUDGE