IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEVI M. CHAVEZ,

    Plaintiff,

vs.                                                              Civ. No. 15-619 KG/KK

AARON JONES and
BOARD OF COUNTY COMMISSIONER
FOR VALENCIA COUNTY,

    Defendants.

## FINAL SUMMARY JUDGMENT

Having granted Defendants' Motion for Summary Judgment on the Basis of Qualified Immunity (Doc. 35) by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment,

IT IS ORDERED that

1. Summary judgment is entered in favor of Defendant Aaron Jones on all of Plaintiff's claims against him (Unmarked counts for: (1) malicious prosecution under 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments; (2) state law malicious abuse of process related to the criminal prosecution; (3) state law malicious abuse of process related to the wrongful death suit; (4) state law defamation related to Jones' remarks to Romero and Slama; and (5) any vicarious liability on the part of the Board of County Commissioner for Valencia County). (Doc. 19, clarified by Doc. 50).

2. Those claims against Defendant Aaron Jones are dismissed.

                                                                                                _____
                                                                                                UNITED STATES DISTRICT JUDGE