IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEVI M. CHAVEZ,

    Plaintiff,

vs.                                                                                                                  Civ. No. 15-619 KG/KK

BOARD OF COUNTY COMMISSIONERS
FOR VALENCIA COUNTY,

    Defendant.

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **<u>FRIDAY APRIL 6, 2018, AT 10:00 AM</u>**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE