IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEVI M. CHAVEZ

    Plaintiff,

vs.                                                                                      Civ. No. 15-619 KG/KK

AARON JONES and
BOARD OF COUNTY COMMISSIONER
FOR VALENCIA COUNTY,

    Defendants.

## SUMMARY ORDER RESULTING FROM STATUS CONFERENCE

This matter comes before the Court on April 6, 2018, for a status conference following entry of summary judgment. (Docs. 54, 55). Hans Voss appeared for Plaintiff, and David Roman appeared for Defendants. The Court held the status conference to determine whether any claims remained after entry of summary judgment. Mr. Voss and Mr. Roman reported that they understood the Final Judgment entered March 27, 2018, to resolve all claims in the case. (Doc. 55). Having reviewed the record, the Court agrees. Therefore, the Court will close the civil case pursuant to the Final Judgment entered on March 27, 2018.

_____
UNITED STATES DISTRICT JUDGE